**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 9, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00706-CV**

---

**IN RE SPRING INDEPENDENT SCHOOL DISTRICT, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-78089**

---

## MEMORANDUM OPINION

On September 25, 2023, relator Spring Independent School District filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lauren Reeder, presiding judge of the 234th District Court of Harris

County, to vacate the trial court's July 17, 2023 order granting plaintiff's motion to compel discovery responses and the trial court's September 18, 2023 order denying relator's motion to reconsider.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Hassan.